**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00029-CR**
_____

**LEO WAYNE COVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 23DCCR2232**

**MEMORANDUM OPINION**

On October 27, 2025, the trial court sentenced Leo Wayne Cover on an indictment for theft in Trial Cause Number 23DCCR2232. On December 2, 2025, Cover filed a notice of appeal and a motion for extension of time to file notice of appeal. The District Clerk then sent Cover's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification, signed on October 27, 2025, states that the case "[i]s a plea-bargain case, and the defendant has NO right of appeal[]" and "[t]he defendant has waived the right of appeal[.]"

1

On January 21, 2026, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Cover has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 24, 2026
Opinion Delivered February 25, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.